Certificate Number: 02910-FLS-DE-008868981

Bankruptcy Case Number: 09-32839

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 2, 2009, at 10:49 o'clock AM EST,

Yani Rubio completed a course on personal financial

management given by internet by

InCharge Education Foundation, Inc.

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Southern District of Florida


Date: November 2, 2009    By    /s/Kenneth Raue

Name    Kenneth Raue

Title    Certified Bankruptcy Counselor

Certificate Number: 02910-FLS-DE-008868980

Bankruptcy Case Number: 09-32839

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on November 2, 2009, at 10:49 o'clock AM EST,

William Rubio completed a course on personal financial

management given by internet by

InCharge Education Foundation, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Southern District of Florida.

Date: November 2, 2009    By    /s/Kenneth Raue

Name    Kenneth Raue

Title    Certified Bankruptcy Counselor