UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:                                     CASE NO: 09-32839-RAM
                                           CHAPTER 7 CASE

William Rubio and Yani Rubio,
         Debtor(s).

NOTICE OF APPEARANCE

Bank of America, N.A., its successors and/or its assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

ANA-LAURA DIAZ, ESQUIRE
LAW OFFICES OF DAVID J. STERN, P.A.
900 SOUTH PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324-3920

Dated this __9__ day of November, 2009.

LAW OFFICES OF DAVID J. STERN, P.A.
Attorney for Secured Creditor
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
Phone: (954) 233-8000 ext 1528
Fax:   (954) 233-8724


/s/ Ana-Laura Diaz
ANA-LAURA DIAZ
FBN 27680

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following

William Rubio and Yani Rubio
210 NW 119 Ct, Miami, FL 33182

Drew M Dillworth, Trustee
2200 Museum Tower, 150 West Flagler St., Miami, FL 33130

Office of the US Trustee, 51 S.W. 1st Ave, Suite 1204, Miami, FL 33130

this   9    day of November, 2009.

        LAW OFFICES OF DAVID J. STERN, P.A.
        Attorney for Secured Creditor
        900 South Pine Island Road, Suite 400
        Plantation, FL 33324-3920
        Phone: (954) 233-8000 ext 1528
        Fax:    (954) 233-8724


        /s/ Ana-Laura Diaz
        ANA-LAURA DIAZ
        FBN 27680

CASE #: 09-32839-RAM
09-77903(NATB).noa