

**ORDERED in the Southern District of Florida on December 22, 2009.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

William Rubio and Yani Rubio

    Debtor(s).

CASE NO. 09-32839-RAM
CHAPTER: 7

_____/

**ORDER GRANTING WELLS FARGO BANK, NA**
**MOTION FOR RELIEF FROM STAY**

THIS CAUSE came on for consideration by negative notice pursuant to the Motion For Relief From Stay (Doc # 35) filed by WELLS FARGO BANK, NA, a secured creditor in the above-styled cause. The Court, having considered said Motion and the Certificate of No Response, finds it appropriate to grant relief under Local Rule 4001-1(C) without further notice or hearing. Therefore, it is

    ORDERED as follows:

1.     The Motion for Relief From Stay filed by WELLS FARGO BANK, NA is granted.

2. The automatic stay provided by 11 U.S.C. 362 is modified as to WELLS FARGO BANK, NA, its Successors and Assigns. Accordingly, the automatic stay is modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

**UNIT 2412, AT THE GRANDE OASIS AT CARROLLWOOD, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF; AS RECORDED IN OFFICIAL RECORDS BOOK 16097, PAGE 0420, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**

**TOGETHER WITH ANY AND ALL AMENDMENTS TO THE DECLARATION AND ANY UNDIVIDED INTEREST IN THE COMMON ELEMENTS OR APPURTENANCES THERETO**

**a/k/a 8639 North Himes Avenue Apt. 2412, Tampa, FL  33614.**

3. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing WELLS FARGO BANK, NA, its Successors and/or Assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above. WELLS FARGO BANK, NA, its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtor(s).

###

Submitted by:
John C. Brock, Jr.
FLORIDA BAR NO. 0017516
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766
Fax  (813) 251-1541
Bankruptcybox@defaultlawfl.com

B09111128
The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.


William Rubio and Yani Rubio
210 NW 119 Ct
Miami, FL 33182

Manny Singh, Esq, Esquire
6610 N University Dr # 220
Tamarac, FL 33321

Drew M. Dillworth, Trustee
2200 Museum Tower
150 West Flagler St
Miami, FL 33130

WELLS FARGO BANK, NA
3476 Stateview Boulevard, MAC# X7801-014
Ft. Mill, SC 29715

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018