

**ORDERED in the Southern District of Florida on December 22, 2009.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 09-32839-BKC-RAM

William Rubio
Yani Rubio                                                    Chapter 7
_____ Debtors _____/

### ORDER DENYING DEBTORS' MOTION TO DISMISS CASE WITHOUT PREJUDICE

On the 22nd day of December, 2009, a hearing was held on the Debtors' Motion to Dismiss Case Without Prejudice and for reasons stated orally and recorded in open court that shall constitute the decision of the Court the Motion is Denied.

### ###

Submitted by:

Manny Singh, Esq
Law Office of Manny Singh, PA
6610 N University Drive, Suite 220
Ft. Lauderdale, FL 33321
(954) 722-1300

Copies to:
Manny Singh, Attorney for Debtors
Nancy Herkert, Trustee
All interested parties

Manny Singh is directed to serve copies of this order on the parties listed and file a certificate of service