

**ORDERED in the Southern District of Florida on December 22, 2009.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

William Rubio and Yani Rubio

    Debtor(s).

CASE NO. 09-32839-RAM
CHAPTER: 7

_____/

### ORDER GRANTING
### PHH MORTGAGE CORPORATION
### MOTION FOR RELIEF FROM STAY

THIS CAUSE came on for hearing on Decemeber 22, 2009 pursuant to the Motion For Relief From Stay (Doc # 23) filed by PHH MORTGAGE CORPORATION, a secured creditor in the above-styled cause. The Court having reviewed the motion, the file, hearing argument of counsel, and upon the record, it is

ORDERED as follows:

1. The Motion for Relief From Stay filed by PHH MORTGAGE CORPORATION is granted.

2.	The automatic stay provided by 11 U.S.C. 362 is modified as to PHH MORTGAGE CORPORATION, its Successors and Assigns.  Accordingly, the automatic stay is modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

**CONDOMINIUM UNIT 47, BUILDING 2, COURTNEY PALMS CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF RECORDED IN OFFICIAL RECORD BOOK 15019 PAGE 589, AS AMENDED FROM TIME TO TIME, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA**

**a/k/a 10021 Courtney Palms Boulevard, Tampa, FL  33619.**

3.	The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

4.	This Order is entered for the sole purpose of allowing PHH MORTGAGE CORPORATION, its Successors and/or Assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above. PHH MORTGAGE CORPORATION, its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtor(s).

5.	This stay relief Order will not be affected by the conversion of this case to be administered in accordance with any other chapter of the Bankruptcy Code.

###

Submitted by:
John C. Brock, Jr.
FLORIDA BAR NO. 0017516
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766
Fax  (813) 251-1541
Bankruptcybox@defaultlawfl.com

B09108411

The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.

William Rubio and Yani Rubio
210 NW 119 Ct
Miami, FL 33182

Manny Singh, Esq, Esquire
6610 N University Dr # 220
Tamarac, FL 33321

Drew M. Dillworth, Trustee
2200 Museum Tower
150 West Flagler St
Miami, FL 33130

PHH MORTGAGE CORPORATION
2001 Bishops Gate Blvd.
Mt. Laurel, NJ 08054

John C. Brock, Jr.
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018