

**ORDERED in the Southern District of Florida on January 09, 2010.**

                                                                    _____
                                                                    **Robert A. Mark, Judge**
                                                                    **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re

William and Yani Rubio

                                                                    CHAPTER    7
                                                                    CASE NO.    09-32839-RAM

       Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO COUNTRYWIDE BANK, FSB REGARDING REAL PROPERTY**

THIS CAUSE came on for consideration ex parte upon the Motion For Relief From Stay regarding REAL PROPERTY LOCATED AT: 15665 SW 85TH TERRACE, #226 MIAMI FL 33193 / LEGALLY DESCRIBED AS: UNIT 226, OLYMPIAN WEST CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 10313 AT PAGE 887, AND ANY AMENDMENTS THERETO TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS DECLARED IN SAID DECLARATION OF CONDOMINIUM TO BE AN APPURTENANCE TO THE ABOVE DESCRIBED UNIT, SAID INSTRUMENT BEING RECORDED AND SAID LAND

SITUATED, LYING AND BEING IN MIAMI-DADE COUNTY, FLORIDA ("Collateral") filed by BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO COUNTRYWIDE BANK, FSB ("Creditor").  Neither the Debtor(s) nor the Trustee filed a response in accordance with Local Rule 4001-1(C).  Therefore, the Court deems the matter unopposed. Accordingly, it is

ORDERED as follows:

1. Creditor's Motion For Relief From Stay is granted.

2. To the extent that Creditor's Motion seeks adequate protection, Creditor's Motion is denied as moot.

3. The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit Creditor to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a mortgage foreclosure action in state court with respect to the Collateral described as: REAL PROPERTY LOCATED AT: 15665 SW 85TH TERRACE, #226  MIAMI FL 33193 / LEGALLY DESCRIBED AS: UNIT 226, OLYMPIAN WEST CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 10313 AT PAGE 887, AND ANY AMENDMENTS THERETO TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS DECLARED IN SAID DECLARATION OF CONDOMINIUM TO BE AN APPURTENANCE TO THE ABOVE DESCRIBED UNIT, SAID INSTRUMENT BEING RECORDED AND SAID LAND SITUATED, LYING AND BEING IN MIAMI-DADE COUNTY, FLORIDA

4. The relief granted here permits the Creditor to seek and obtain in rem relief against the Collateral only and does not permit the Creditor to seek or obtain in personam relief against the Debtor(s).

###

Prepared and Submitted By:
Larry M. Foyle, Esq.
Florida Bar No. 307343
Kass, Shuler, Solomon, Spector
Foyle & Singer, P.A.
P.O. Box 800
Tampa, FL 33601-0800
813-229-0900

The foregoing is directed to serve copies of this Order upon the interested parties and file a Certificate of Service with this court.