

**ORDERED in the Southern District of Florida on January 21, 2010.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION**

CASE NO. 09-32839-RAM
CHAPTER 7 CASE

IN RE:

William Rubio and Yani Rubio,
    Debtor(s).

**ORDER GRANTING BANK OF AMERICA, N.A.'S
MOTION FOR RELIEF FROM STAY**

    **THIS CASE** came before the Court on January 19, 2010, on the Motion for Relief from the Automatic Stay (Docket No. 26) filed pursuant to Local Rule 4001-1(C) by Bank of America, N.A., its successors and/or its assigns ("Secured Creditor"), and the Court having heard the argument of counsel and being otherwise more fully advised in the premises, it is:

    **ORDERED**:

    1.    Secured Creditor's Motion for Relief from the Automatic Stay is granted.

    2.    The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 233 Pelican Circle, Breckenridge, Colorado 80424, legally described as:

**CONDOMINIUM UNIT NO. 1509, THE VILLAS AAT SWAN'S NEST, ACCORDING TO THE CONDOMINIUM DECLARATION FOR THE VILLAS AT SWAN'S NEST, RECORDED DECEMBER 22, 1999 UNDER RECEPTION NO. 613784, AND ANY AND ALL AMENDMENTS THERETO, AND THE CONDOMINIUM MAP RECORDED DECEMBER 22, 1999 UNDER RECEPTION NO. 613785, AND ANY AND ALL AMENDMENTS THERETO, COUNTY OF SUMMIT, STATE OF COLORADO.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Bank of America, N.A. to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

###

**Order submitted by:**
Ana-Laura Diaz, Esq.
Attorney for Bank of America, N.A.
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400
Plantation, Fl 33324
(954)233-8000 Extension 1528

**Ana-Laura Diaz is directed to serve copies of this order on the parties listed and file a certificate of service.**

William Rubio and Yani Rubio
210 NW 119 Ct, Miami, FL 33182

Drew M Dillworth, Trustee
2200 Museum Tower, 150 West Flagler St., Miami, FL 33130

Office of the US Trustee
51 S.W. 1st Ave, Suite 1204, Miami, FL 33130

Manny Singh, Esq.
6610 N. University Drive, #220, Tamarac, FL 33321

09-77903(NATB).mfr