UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 09-32839-RAM
Chapter 7

IN RE:

William Rubio and Yani Rubio,

    Debtor(s).

## AFFIDAVIT IN SUPPORT OF MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY

STATE OF: TEXAS

COUNTY OF: DALLAS

    **BEFORE ME**, an officer authorized to take oaths, this day personally appeared ____Hauuus Jeng____ ("Affiant") who, being by me first duly sworn, deposes and says:

    1.    I am making this Affidavit in connection with and in support of the Motion for Relief from Stay filed by Bank of America, NA, successor by merger to Countrywide Bank, FSB, ("Secured Creditor"), a secured creditor in the above-styled bankruptcy proceeding.

    2.    Secured Creditor is the holder of the subject Note and Mortgage.

    3.    I am familiar with the loan made by Mortgage Electronic Registration Systems, Inc. as Nominee for Countrywide Bank, a division of Treasury Bank, N.A. to William Rubio, and Yani Rubio ("the Loan"), which is the basis for Secured Creditor's secured status.

    4.    Secured Creditor maintains a computerized account of the Loan including all receipts and disbursements, charges and credits.

    5.    The amount of the indebtedness and the nature and extent of default set forth in the motion is derived from said computerized account of the Loan.

    6.    I am __BK Specialist__ (Job Title) for Secured Creditor. In said capacity, I have access to said computerized account records.

    7.    Said records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, the records are kept in the course of Secured Creditor's regularly conducted activity and are made by Secured





*PBM*  *F09-24768*  *D1301*

Creditor as a regular practice.

8. In connection with this case, I have reviewed the aforementioned computerized account records, the loan documents and other business records of Secured Creditor.

9. That the subject loan has an outstanding principal balance of $76,804.72, plus advances made, attorneys' fees and costs, and interest accruing thereon in accordance with the loan documents. The current per diem interest rate is $16.57.

10. The Debtor(s), William Rubio and Yani Rubio, has defaulted in payments due to Secured Creditor by failing to make the payment due on March 01, 2008 and all subsequent payments.

11. I have reviewed the documents attached as exhibits to the motion and they are true and accurate copies of the original documents.

12. This Affidavit is signed under penalty of perjury as being true and correct based on my personal knowledge of Secured Creditor's books and business records and is intended to show that there is available competent testimony which can be introduced at an evidentiary hearing, if necessary.

**FURTHER AFFIANT SAYETH NOT.**

_____
AFFIANT

STATE OF: TEXAS

COUNTY OF: DALLAS

**SWORN TO AND SUBSCRIBED** before me this 17 day of November, 2009 by Hawaw S. Jeng, who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC

_____
Print Name

My Commission Expires: 07-09-13

CASE NO. 09-32839-RAM
Affidavit in Support of Motion for Relief from Stay

09-24768 (CWF).aff



JANIE EVANS
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-09-13